MICHAEL BAILEY
United States Attorney
District of Arizona
RYAN POWELL
Assistant United States Attorney
Arizona State Bar No. 025695
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: ryan.powell@usdoj.gov
Attorneys for Plaintiff



FILED ____ LODGED
____ RECEIVED ____ COPY

NOV 03 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

　　　　　Plaintiff,

v.

Yibran Lopez-Rosales,

　　　　　Defendant.

NO. CR-20-744-PHX-GMS (JZB)

INDICTMENT

VIO: 18 U.S.C. § 924(a)(1)(A)
(False Statements in Connection with Acquisition of a Firearm)
Counts 1 – 3

18 U.S.C. §§ 924(d) and 981,
21 U.S.C. § 853, and
28 U.S.C. § 2461(c)
Forfeiture Allegations

THE GRAND JURY CHARGES:

## COUNT 1

On or about September 12, 2019, in the District of Arizona, defendant YIBRAN LOPEZ-ROSALES knowingly made false statements and representations to *Shooter's World*, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required to be kept in records of *Shooter's World*, in that LOPEZ-ROSALES did execute a Department of Justice Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearm Transaction Record, stating that he was the actual purchaser of the firearm, when in fact the defendant purchased the firearm on behalf of another individual; making this false statement in regard to the purchase of the following firearm: a Barrett 82A1 .50 caliber BMG rifle, serial number AA008873.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 2

On or about April 16, 2019, in the District of Arizona, defendant YIBRAN LOPEZ-ROSALES knowingly made false statements and representations to *Ammo AZ*, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required to be kept in records of *Ammo AZ*, in that LOPEZ-ROSALES did execute a Department of Justice Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearm Transaction Record, stating that he was the actual purchaser of the firearm, when in fact the defendant purchased the firearm on behalf of another individual; making this false statement in regard to the purchase of the following firearm: an FN M249S 5.56 caliber rifle, serial number M249SA05277.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 3

On or about August 28, 2019, in the District of Arizona, defendant YIBRAN LOPEZ-ROSALES knowingly made false statements and representations to *Ammo AZ*, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required to be kept in records of *Ammo AZ*, in that LOPEZ-ROSALES did execute a Department of Justice Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearm Transaction Record, stating that he was the actual purchaser of the firearm, when in fact the defendant purchased the firearm on behalf of another individual; making this false statement in regard to the purchase of the following firearm: a Barrett M82A1 .50 caliber BMG rifle, serial number AA008874.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## FORFEITURE ALLEGATIONS

The Grand Jury realleges and incorporates the allegations of Counts 1 – 3 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18 United States Code, Sections 924(d) and 981, Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), and upon

conviction of one or more of the offenses alleged in Counts 1 through 3 of this Indictment, the defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any of the defendants' property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense, including, but not limited to the following involved and used in the offense:

1. Barrett 82A1 .50 caliber BMG rifle, serial number AA008873;
2. FN M249S 5.56 caliber rifle, serial number M249SA05277; and
3. Barrett M82A1 .50 caliber BMG rifle, serial number AA008874.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence,
(2) has been transferred or sold to, or deposited with, a third party,
(3) has been placed beyond the jurisdiction of the court,
(4) has been substantially diminished in value, or
(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. Section 853(p).

All in accordance with Title 18, United States Code, Sections 924(d) and 981, Title 21 United States Code, Section 853, Title 28, United States Code, Section 2461(c) and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

*s/*
FOREPERSON OF THE GRAND JURY
Date: November 3, 2020

MICHAEL BAILEY
United States Attorney
District of Arizona

*s/*
RYAN POWELL
Assistant U.S. Attorney