Melanie Laboy, #021693
**MAYESTELLES PLLC**
3636 N. Central, Ste. 1000
Phoenix, Arizona 85012
Telephone: 602.714.7900
Fax: 602-357-3037
Laboy_courts@mayestelles.com
Attorney for Defendant,
Yibran Lopez-Rosales

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | Case No. 2:20-cr-00744-GMS-1 |
| Plaintiff, | **APPEARANCE OF COUNSEL** |
| v. | |
| Yibran Lopez-Rosales, | |
| Defendant. | |

To: The clerk of the Court and all parties of record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Defendant Yibran Lopez-Rosales.

DATED this 14th day of February 2021.

**MAYESTELLES PLLC**

By: /s/ Melanie Laboy
Melanie Laboy
*Attorney for Defendant*
*Yibran Lopez-Rosales*

. . .
. . .
. . .
. . .

1

I hereby certify that on this 14th day of February 2021, I electronically transmitted the attached document of the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following registered CM/ECF registrant(s):

AUSA Ryan Donald Powell
Assistant United States Attorney
*Attorney for the United States of America*

 */s/ Melanie Laboy*
Melanie Laboy