UNITED STATES DISTRICT COURT
ARIZONA – PHOENIX
February 16, 2021

USA v. Yibran Alberto Lopez-Rosales          Case Number: CR-20-00744-01-PHX-GMS

## ORDER SETTING CONDITIONS OF RELEASE

☒ **PERSONAL RECOGNIZANCE**
☐ **AMOUNT OF BOND:**
    ☐ UNSECURED
    ☐ SECURED BY:
**SECURITY TO BE POSTED BY:**

FILED ___ LODGED
RECEIVED ___ COPY
FEB 1 6 2021
DISTRICT COURT
OF ARIZONA
___ DEPUTY

**NEXT APPEARANCE: Tuesday April 6, 2021 at 9:00 am before Judge Snow** or as directed through counsel
☒ 401 West Washington St., Phoenix, AZ, Courtroom #602, 6th Floor

**IT IS ORDERED** that defendant is subject to the following conditions and shall:

☒ appear at all proceedings as required and to surrender for service of any sentence imposed.

☒ not commit any federal, state or local crime.

☒ cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.

☒ IMMEDIATELY advise his/her attorney and Pretrial Services, in writing, PRIOR TO any change in residence address, mailing address and telephone number. The defendant shall reside at the address on file with Pretrial Services and any change of address shall require prior Pretrial Services approval.

☒ maintain or actively seek verifiable employment (combination work/school) if defendant is physically or medically able and provide proof of such to Pretrial Services.

☒ not travel outside of the State of Arizona unless PRIOR Court or Pretrial Services permission is granted to do so.

☒ avoid all direct or indirect contact with persons who are considered alleged victim(s) or potential witness(es).

☒ report as directed to the U.S. PRETRIAL SERVICES 1-800-769-7609 or 602-322-7350, 401 West Washington St., Phoenix, AZ, Suite 260.

☐ report as directed to the U.S. PROBATION OFFICE 602-322-7400, 401 West Washington St., Phoenix, AZ, Suite 160 and abide by all terms of conditions of Supervised Release/Probation.

☐ not drive without a valid driver's license.

☐ execute an agreement to forfeit upon failing to appear as required, the bond or designated property:

☐ be released to the third-party custody of:   and shall reside with the third-party custodian unless Pretrial Services approves the defendant to reside elsewhere.

☐ refrain from Choose an item. alcohol and shall participate in alcohol treatment as directed by Pretrial Services and submit to alcohol testing, and make copayment toward the cost of such services, as directed by Pretrial Services. The defendant shall not obstruct or attempt to obstruct or tamper, in any fashion, with the efficacy and accuracy of any substance using or monitoring.

☐ shall not use or possess a narcotic drug or other controlled substance (as defined by 21 U.S.C. § 802) unless prescribed for the defendant by a licensed medical practitioner; this provision does not permit the use or possession of medicinal marijuana even with a physician's written certification. The defendant

USA v. Yibran Alberto Lopez-RosalesCase Number: CR-20-00744-01-PHX-GMS
**February 16, 2021**Page 2 of 6

- ☐ shall not possess, ingest, or otherwise use, a synthetic cannabinoid, or synthetic narcotic. The defendant shall participate in drug treatment and submit to drug testing as directed by Pretrial Services and make copayment toward the cost of such services as directed by Pretrial Services. The defendant shall not obstruct or attempt to obstruct or tamper, in any fashion, with the efficacy and accuracy of any substance use testing or monitoring.
- ☒ shall surrender all travel documents to Pretrial Services by February 19, 2021 and shall not obtain a passport or other travel document during the pendency of these proceedings.
- ☐ not obtain a passport or other travel documents during the pendency of these proceedings.
- ☒ not possess or attempt to acquire any firearm, destructive device, or other dangerous weapon or ammunition. No firearms in residence.
- ☒ maintain weekly contact with his/her attorney by Friday, noon of each week.
- ☐ shall timely pay his/her monthly child support payments as previously ordered by the subject state court in the total amount of: $          .
- ☐ shall not obtain any new financial accounts without prior notification and approval of Pretrial Services.
- ☐ you must participate in a mental health assessment and participate in mental health treatment as determined to be necessary by a medical or mental health professional and follow any treatment directions by the treatment provider. You must take medicine as prescribed by a medical profession providing mental health treatment, unless you object, in which event you must immediately notify the PTS officer.
- ☐ shall resolve all pending lower court matters and provide proof of such to Pretrial Services.
- ☐ shall participate in a Specialized Treatment Program and comply with all treatment requirements including taking all medications prescribed by a physician/psychiatrist and make a copayment toward the cost of such services as directed by Pretrial Services.
- ☐ shall register as a sex offender in compliance with all federal, state, tribal or local laws or as ordered by the court. Failure to comply with registration laws may result in new criminal charges.
- ☐ not have contact with any minors unless supervised by an adult of 18 years or older.
- ☐ All firearms be removed from the home

### ADVICE OF PENALTIES AND SANCTIONS

The commission of any offense while on pretrial release may result in an additional sentence upon conviction for such offense to a term of imprisonment of not more than ten years if the offense is a felony or a term of imprisonment of not more than one year if the offense is a misdemeanor.   This sentence shall be consecutive to any other term of imprisonment.

Title 18 U.S.C. §1503 makes it a criminal offense punishable by imprisonment   for life or by death, or, depending upon the specific provisions of the section not more than twenty years or by not more than ten years, and a $250,000 fine to intimidate a juror or officer of the court; Title 18 U.S.C. §1510 makes it a criminal offense punishable by up to five years imprisonment and a $250,000 fine to obstruct   a criminal investigation; Title   18 U.S.C. §1512 makes it a criminal offense punishable by   imprisonment for life or by death, or, depending upon the specific provisions of the section by not more than twenty years or by not more than ten years and a $250,000 fine for tampering with a witness, victim or informant; or by intentionally harassing another person and thereby hindering /delaying /preventing or dissuading any person from attending or testifying in an official proceeding or otherwise violating the section is punishable by imprisonment for not more than one year and a $250,000 fine; and 18 U.S.C. §1513 makes it a criminal offense punishable by imprisonment for life or by death, or, depending upon the specific provisions of the section not more than

Case 2:20-cr-00744-GMS   Document 8   Filed 02/16/21   Page 3 of 3

| USA v. Yibran Alberto Lopez-Rosales | Case Number: CR-20-00744-01-PHX-GMS |
|---|---|
| February 16, 2021 | Page 3 of 6 |

witness, victim or informant, or threaten or attempt to do so.

It is a criminal offense under 18 U.S.C. §3146, if after having been released, the defendant knowingly fails to appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court order. If the defendant was released in connection with a charge of, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction, for:(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;(2) an offense punishable by imprisonment for a term of five years or more, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years or both;(3) any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years, or both;(4) a misdemeanor, the defendant shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for any other offense. In addition, a failure to appear may result in the forfeiture of any bail posted.

If the person was released for appearance as a material witness, a fine as provided by law or imprisonment (or both) may be imposed for not more than one year.

### ACKNOWLEDGMENT OF DEFENDANT

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

| DATE: | SIGNATURE OF DEFENDANT |
|---|---|
|  |  |

Custodian agrees to (a) supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and to notify the court immediately in the event the defendant violates any condition of release or disappears. We, the undersigned, have read and understand the terms of this bond and conditions of release and acknowledge that we are bound by it until duly exonerated.

| SIGNATURE OF CUSTODIAN(S) |
|---|
|  |

**Directions to United States Marshal:**

☒ The defendant is ORDERED released after processing.

☐ The United States Marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions of release.

☐ The U.S. Marshal is directed to bring the defendant bag and baggage to the Courthouse on _____ for release from the U.S. Marshals Service office at 8:30 a.m.

DATE: February 16, 2021                         _____
                                                Deborah M. Fine
                                                United States Magistrate Judge

USA, PTS/PROB, USM, DEFT, DEFT ATTY