AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

```
FILED ___ LODGED
_X_ RECEIVED ___ COPY
FEB 2 3 2021
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY
```

United States of America
v.
Yibran Lopez-Rosales

)
) Case No. CR-20-744-PHX-GMS
)
)
)
)

*Defendant*

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Yibran Lopez-Rosales,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18:924(a)(1)(A) - False Statements in Connection With Acquisition of a Firearm

Date:   11/04/2020

*Issuing officer's signature*

City and state:   Phoenix, Arizona

M. Pruneau, Deputy Clerk
*Printed name and title*

ISSUED ON 7:34 am, Nov 04, 2020
s/ Debra D. Lucas, Clerk

cc: PTS

### Return

This warrant was received on *(date)* 2-4-21, and the person was arrested on *(date)* 2-12-21
at *(city and state)* Phx AZ.

Date:  2-16-21

*Arresting officer's signature*

ATF
*Printed name and title*