```
____ FILED      ____ LODGED
____ RECEIVED   ____ COPY

      APR 2 8 2022

CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY_____ DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Yibran Lopez-Rosales,<br><br>　　　　　Defendant. | No. CR-20-00744-PHX-GMS<br><br>**CONSENT OF DEFENDANT** |

After full consultation with counsel, I voluntarily consent to go forward before the United States Magistrate Judge with my:

☒　Change of Plea Hearing

☐　Admission or Denial Hearing on Petition for Revocation of Probation/Supervised Release and Evidentiary Hearing regarding revocation (if required).

DATED this ___ day of March, 2022.

_____
YIBRAN LOPEZ-ROSALES
Defendant

_____
MELANIE LABOY
Counsel for Defendant

RYAN POWELL
Digitally signed by RYAN POWELL
Date: 2022.03.23 08:09:37 -07'00'

RYAN POWELL
Assistant U.S. Attorney