Melanie M. Laboy, #021693
**MAYESTELLES PLLC**
3636 N. Central, Ste. 1000
Phoenix, Arizona 85012
Telephone: 602.714.7900
Fax: 602-357-3037
courts@mayestelles.com
Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| United States of America, | Case No. **2:20-cr-00744GMS** |
|---|---|
| Plaintiff, | **DEFENDANTS MOTION TO RELEASE PASSPORT** |
| v. | |
| Yibran Lopez Rosales, | |
| Defendant. | |

Defendant, through Counsel, respectfully submits this motion and requests that the Court order the release of Mr. Lopez-Rosales passport. The defendant has been sentenced and his passport should be returned to him.  Pretrial services officer Alexander Chavez has no objection.

RESPECTFULLY SUBMITTED this 16th day of August 2022.

**MAYESTELLES PLLC**

By: /s/ Melanie M. Laboy
Melanie Laboy
*Attorney for Defendant*

1

I hereby certify that on August 16, 2022, I electronically transmitted the attached document of the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following registered CM/ECF registrant(s):

AUSA Ryan Powell
Assistant United States Attorney
*Attorney for the United States of America*

By: /s/ Melanie M. Laboy
Melanie Laboy

2